IN THE SUPREME COURT OF THE STATE OF NEVADA

FIDEL H. PAJARILLO,
Petitioner,
vs.
QUALITY LOAN SERVICE
CORPORATION,
Respondent.

No. 82888

**FILED**

MAY 20 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDATE

This pro se, emergency original petition for a writ of mandate seeks an order precluding respondent from carrying out a trustee's sale on petitioner's property.

Whether to entertain a petition for extraordinary writ relief is entirely discretionary with this court. *Leibowitz v. Eighth Judicial Dist. Court*, 119 Nev. 523, 529, 78 P.3d 515, 519 (2003). It is petitioner's burden to demonstrate that extraordinary relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).

Having considered the petition and supporting documents, we conclude that petitioner has not demonstrated that our extraordinary intervention is warranted. *See* Nev. Const. art. 4, § 30 ("[B]ut no property shall be exempt from sale for taxes or for the payment of obligations contracted for the purchase of said premises, or for the erection of improvements thereon . . . ."); NRS 115.010(3) ("Except as otherwise provided in subsection 4, the exemption provided in subsection 1 does not extend to process to enforce . . . [a]ny mortgage or deed of trust thereon executed and given . . . ."); *see also Round Hill Gen. Improvement Dist. v.*

21-14517

*Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981) (explaining that appellate courts are not suited to resolve factual disputes and therefore will not exercise discretion to entertain a writ petition when there are factual questions). Thus, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Fidel H. Pajarillo
      Quality Loan Service Corporation

SUPREME COURT
OF
NEVADA

(O) 1947A

2